1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 96CR1769-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| | ) | |
| | ) | |
| MARCOS PELAYO, JR (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Marcos Pelayo, Jr.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED:   2/25/2025

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE